FILED: January 2, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-2166
(6:13-cv-01067-HMH)

MICHELIN NORTH AMERICA, INC.; MICHELIN RETREAD TECHNOLOGIES, INC.,

        Plaintiffs - Appellees,

    v.

INTER CITY TIRE AND AUTO CENTER, INC.; INTER CITY RETREAD, INC.,

        Defendants - Appellants.

O R D E R

Inter City Tire and Auto Center, Incorporated, and Inter City Retread, Incorporated (collectively, "Inter City"), seek to appeal the district court's August 20, 2013 order denying their motion to transfer venue. Michelin North America, Incorporated, and Michelin Retread Technologies, Incorporated (collectively, "Michelin"), move to dismiss this appeal for lack of jurisdiction. Upon consideration of the submissions relative to the motion to dismiss, Inter City's opening brief in this appeal, and Michelin's letter filed pursuant to Fed. R. App. P.

28(j), we conclude that we lack jurisdiction over this appeal. Swint v. Chambers Cnty. Comm'n, 514 U.S. 35, 51 (1995); Rux v. Republic of Sudan, 461 F.3d 461, 474-76 (4th Cir. 2006). Accordingly, we grant the motion to dismiss the appeal.

Entered at the direction of the panel: Judge Niemeyer, Judge Shedd, and Judge Agee.

For the Court

/s/ Patricia S. Connor, Clerk